**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 09-cv-01508-CMA-KMT

VANESSA KING,

    Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC., a Florida corporation,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

The Court, having reviewed the Plaintiff's Notice of Dismissal With Prejudice (Doc. # 6) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED:  July __24__, 2009

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Judge